AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>RONALD LEE MURRAY JR.<br><br>*Defendant(s)* | Case No.  3:24mj43/HTC |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 15, 2024,__ in the county of __Escambia__ in the __Northern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm and Ammunition by a Convicted Felon |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jonathan Quick, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/16/2024

_____
*Judge's signature*

City and state:  Pensacola, Florida    Hope Thai Cannon, U.S. Magistrate Judge
*Printed name and title*

FILED USDC FLND PN
FEB 16 '24 PM 12:26